195 So. 285

## Gus OWENS v. STATE.

### 4 Div. 129.

Supreme Court of Alabama.

March 28, 1940.

L. C. Rowell, of Elba, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

GARDNER, Justice.

Petition of Gus Owens for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in the case styled Owens v. State, 195 So. 284.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.